# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROYDALL A. LUMAR

NO. 2024 KW 0296

**MAY 20, 2024**

---

In Re:     Roydall A. Lumar, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           607841.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator fails to include a brief in support of the writ application. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1.1. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT